UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**WILLIAM FREINCLE,**

    **Plaintiff,**

v.                                              3:22-cv-00577-MMH-MCR

**LLOYD AUSTIN, III and
CHRISTINE WORMUTH, in their official capacities,**

    **Defendants.**

## PLAINTIFF WILLIAM FREINCLE'S UNOPPOSED MOTION FOR VOLUNTARY DISMISSAL

Pursuant to Rule 41(a), Plaintiff William Freincle, by and through his undersigned counsel, moves to voluntarily dismiss all of his claims against Defendants without prejudice. Plaintiff Freincle files this motion before Defendants have answered and before Defendants have filed a motion for summary judgment. Fed. R. Civ. P. 41(a)(1)(A).

                                                             Respectfully submitted,

                                                             */s/ Brandon Johnson*
                                                             DC Bar No. 491370
                                                             */s/ Travis Miller*
                                                              TX Bar No. 24072952
                                                              Defending the Republic
                                                              2911 Turtle Creek Blvd., Suite 300
                                                              Dallas, TX 75219
                                                              Tel. (214) 707-1775

Email: bcj@defendingtherepublic.org
Email: twm@defendingtherepublic.org

### Certificate of Conference

I hereby certify that on June 16, 2022, I conferred with counsel for Defendants and they were unopposed to this Motion.

*/s/ Brandon Johnson*

### Certificate of Service

I hereby certify that on June 17, 2022, I electronically filed the foregoing notice with the Clerk of the Court by using the CM/ECF system, which will notify all attorneys of record of the filing.

*/s/ Travis Miller*