# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

WILLIAM FREINCLE,

    Plaintiff,

v.                                  Case No. 3:22-cv-577-MMH-MCR

LLOYD AUSTIN, III, et al.,

    Defendants.

## ORDER OF DISMISSAL

**THIS CAUSE** is before the Court on Plaintiff William Freincle's Unopposed Motion for Voluntary Dismissal (Dkt. No. 52; Motion) filed on June 17, 2022. In the Motion, Plaintiff requests dismissal of this matter without prejudice. See Motion at 1. Upon review of the docket, the Court notes that Defendants have neither served an answer nor a motion for summary judgment. Accordingly, pursuant to Rule 41(a)(1)(A)(i), Federal Rules of Civil Procedure, it is hereby

**ORDERED:**

1. Plaintiff William Freincle's Unopposed Motion for Voluntary Dismissal (Dkt. No. 52) is **GRANTED**.

2. This case is **DISMISSED without prejudice**.

3. The Clerk of the Court is directed to terminate all pending motions and close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 21st day of June, 2022.

*[signature]*
MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record